IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN EDWARD MAHONEY, Jr.                                             PETITIONER
Reg #03986-087

vs.                     Case No. 2:10CV00093-BSM-JTK

T.C. OUTLAW, Warden,
FCI - Forrest City                                                   RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response that the petition should be dismissed because of Petitioner's failure to exhaust available administrative remedies and, in the alternative, because the Bureau of Prisons adequately followed the law. (Doc. No. 7) Petitioner may reply to any other argument in the Response.

SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE